THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| POLARIS ID APARTMENTS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA, a California corporation,<br><br>Defendant. | Case No. 2:20-cv-01256-MJP<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>April 29, 2021 |

Before the Court is the Joint Motion for Voluntary Dismissal with Prejudice. The parties request entry of dismissal of this matter with prejudice and without fees, costs, or expenses to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court finds that good cause exists for the requested relief and that the motion should be GRANTED.

Accordingly, it is ORDERED that this matter is voluntarily dismissed with prejudice and that each party shall bear its own fees, costs, and expenses incurred herein.

ORDER GRANTING JOINT MOTION FOR
VOLUNTARY DISMISSAL WITH PREJUDICE -- 1

Case No. 2:20-cv-01256-MJP

NORTHWEST RESOURCE LAW PLLC
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564

DATED this 30th day of April, 2021.

*(signature)*
Marsha J. Pechman
United States Senior District Judge

Presented by:

NORTHWEST RESOURCE LAW PLLC

*/s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567
Lisa Chaiet Rahman, WSBA #51531
lrahman@nwresourcelaw.com
206.971.1568

*Attorneys for Plaintiff Polaris ID Apartments, LLC*

ROGERS JOSEPH O'DONNELL, PC

*Robert C. Goodman (via email authorization)*
Robert C. Goodman, WSBA #49114
rgoodman@rjo.com
Jon-Erik W. Magnus, WSBA #54691
jmagnus@rjo.com

*Attorneys for Defendant Union Oil Company of California*

ORDER GRANTING JOINT MOTION FOR
VOLUNTARY DISMISSAL WITH PREJUDICE -- 2

Case No. 2:20-cv-01256-MJP

**NORTHWEST RESOURCE LAW PLLC**
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564